# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

139514

ERIC A. BRAVERMAN, Guardian and
Conservator of PAMELLA JEAN SMUTZKI,
a Legally Incapacitated Individual,
        Plaintiff-Appellee,

v

SENTRY INSURANCE, a Mutual Insurance
Company, DAIRYLAND INSURANCE
COMPANY, a subsidiary of Sentry Insurance,
and GARY K. SMITH INSURANCE, a sole
proprietorship,
        Defendants-Appellees,

and

AUTO OWNERS INSURANCE COMPANY,
        Proposed Intervening Defendant-
        Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139514
COA: 291118
Oakland CC: 2008-090674-CK

On order of the Court, the application for leave to appeal the July 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

p0129